This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**MARIA L. VARGAS MONTES**,

Petitioner-Appellee,

v.                                                                    NO.   31,038

**HOWARD JOHNSON**,

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF LUNA COUNTY**
**Daniel Viramontes, District Judge**

Amy C. Delaney-Hernandez
Deming, NM

for Appellee

Howard Johnson
Deming, NM

Pro Se Appellant

## MEMORANDUM OPINION

**VIGIL, Judge.**

Appellant Howard Johnson appeals pro se from the district court's ruling with regard to child support and custody.  [RP 51, 70]  Our March 8, 2011, notice proposed

to dismiss for lack of finality. Appellant did not file a memorandum in opposition to our notice. *See* Rule 12-210(D)(3) NMRA. For reasons set forth in our notice, we dismiss for lack of finality. *See Frick v. Veazey*, 116 N.M. 246, 247, 861 P.2d 287, 288 (Ct. App. 1993) (stating that the "[f]ailure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice"). We lastly acknowledge Appellant's February 15, 2011, "motion for production and pretrial matters." Given our dismissal for lack of finality, however, we lack jurisdiction to consider the merits of Appellant's motion. We dismiss.

**IT IS SO ORDERED.**


_____
**MICHAEL E. VIGIL, Judge**


**WE CONCUR:**


_____
**JONATHAN B. SUTIN, Judge**


_____
**LINDA M. VANZI, Judge**